**Fill in this Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Carlos Hector Salas | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Nevada

Case Number: 3:22-bk-50344

RECEIVED AND FILED AM
MAR 25 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**Form NVB 1340 (12/23)**

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $405.00 |
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 x123<br>admin@dilksknopik.com |

## 2. Claimant Information

Applicant[2] represents the following:

☐ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:
Carlos Hector Salas

☒ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

## 3. Applicant Information

Applicant represents the following:

☒ Applicant is the Claimant.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

---

1 The Claimant is the party entitled to the unclaimed funds.
2 The Applicant is the party filing the application. The Applicant and Claimant may be the same.
3 The Owner of Record is the original payee.

**4. Supporting Documentation**

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation as a supplement to this application. If applicant is filing electronically, supporting documents must be filed using the correct docket event..

**5. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Nevada
*501 Las Vegas Boulevard South*
*Suite 1100*
*Las Vegas, NV 89101*

**6. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: March 18, 2024

[signature]
Signature of Applicant
Andrew T. Drake – Vice President
Dilks & Knopik, LLC

35308 SE Center Street
Snoqualmie, WA 98065
428-836-5728 x123
admin@dilksknopik.com

**6. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: ____________________

____________________
Signature of Co-Applicant (if applicable)

____________________
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: ____________________

Email: ____________________

**7. Notarization**
STATE OF WASHINGTON

COUNTY OF KING

This Application for Unclaimed Funds, dated March 18, 2024 was subscribed and sworn to before me this 18th day of March, 20 24 by Andrew T. Drake who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public: [signature]
Matthew Zettley

NOTARY PUBLIC #187675 STATE OF WASHINGTON COMMISSION EXPIRES FEBRUARY 19, 2026

My commission expires: February 19, 2026

Please attach notarization as a

**7. Notarization**
STATE OF ____________________

COUNTY OF ____________________

This Application for Unclaimed Funds, dated ____________ was subscribed and sworn to before me this ______ day of ____________, 20______ by

____________________
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.
(SEAL) Notary Public____________________

My commission expires:

Please attach notarization as a

| | |
|---|---|
| separate document if needed. | separate document if needed. |